UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**Grange Insurance Association**

    v.

**Donald Thomas, et al**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-2:11-cv-0724 GEB-CKD

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    Donald Thomas, Karen Thomas, CA. State Automobile Assoc Inter-Insurance Bureau, E.Z-A, a minor

March 22, 2012

    VICTORIA C. MINOR, CLERK

    By: s/A. Meuleman_____
    A. Meuleman, Deputy Clerk